IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2006 OCT 24 P 12: 28

CLERK C Adams
SO. DIST. OF GA.

| | | |
|---|---|---|
| GREGORY TURMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 106-150 |
| | ) | |
| WILLIAM M. FLEMING, JR., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Plaintiff's claims are **DISMISSED** and this case shall be **CLOSED**.

SO ORDERED this 24th day of October, 2006, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE